Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM DYER, | Case No. CV11-02511-JAK-JCG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of May, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 10th day of May, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256

This 10th day of May, 2011.

s/Todd M. Friedman
Todd M. Friedman