**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-02511 JAK (JCGx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | Miriam Dyer v. Enhanced Recovery Company, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 10, 2011, plaintiff filed, "Notice of Settlement" [8]. The Court sets an Order to Show Cause re Dismissal for **June 27, 2011 at 1:30 p.m.** If the parties file a dismissal by June 26, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

:

Initials of Preparer   ak