Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DYER,** | Case No. CV11-02511-JAK-JCG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **ENHANCED RECOVERY COMPANY, LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 20th day of May, 2011.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 20th day of March, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 20th day of May, 2011, via the ECF system to:

Honorable John A. Kronstadt
Judge of the United States District Court
Central District of California

Copy sent via mail on this 20th day of May, 2011, to:

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256


By: s/Todd M. Friedman
        Todd M. Friedman